IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON ROBERT WEAVER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LEE ESTOCK, THE DISTRICT** | : | |
| **ATTORNEY OF THE COUNTY OF** | : | |
| **BERKS and THE ATTORNEY GENERAL** | : | |
| **OF THE STATE OF PENNSYLVANIA** | : | **NO. 19-5430** |

## ORDER

**NOW**, this 26th day of October, 2020, upon consideration of the Petition Under 28 U.S.C. § 2254 For Writ of *Habeas Corpus* By A Person in State Custody (Doc. No. 1), the respondents' response to the Petition, and the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Document No. 10) , and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Timothy R. Rice is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED WITH PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

<u>/s/ TIMOTHY J. SAVAGE J.</u>